**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roy L. FROST, Defendant–Appellant.**

**No. 03–10242.**

**D.C. No. CR–02–00117–1–DAE.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 16, 2004.

Wes R. Porter, U.S. Attorney Office of Hawaii, Honolulu, HI, for Plaintiff–Appellee.

Arthur E. Ross, Honolulu, HI, for Defendant–Appellant.

Before SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM**

Roy L. Frost appeals his guilty-plea conviction and 27–month sentence for possession of an unregistered firearm, in violation of 26 U.S.C. §§ 5845(a), 5861(d).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Frost has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Frost has not filed a pro se supplemental brief.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.